# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAYLOR GUNTER, ON BEHALF OF HERSELF AND OTHER INDIVIDUALS SIMILARLY SITUATED,** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-00346-BAJ-EWD** |
| **LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, ET AL.** | |

## ORDER

Considering Plaintiff's **Notice of Voluntary Dismissal (Doc. 16)**:

**IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs.

**IT IS FURTHER ORDERED** that Plaintiff's **Notice of Voluntary Dismissal (Doc. 14)** is **DENIED** as moot.

Baton Rouge, Louisiana, this 3rd day of September, 2020

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**